IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 99-21034

---

CALVIN JEROLD BURDINE

                                        Petitioner-Appellee

                    versus

GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION

                                        Respondent-Appellant

- - - - -
Appeal from the United States District Court for the
Southern District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion October 27, 2000, 5 Cir., 2000, _____F.3d____)

December 5, 2000

Before KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
    SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
    BENAVIDES, STEWART, PARKER, and DENNIS, Circuit Judges.

BY THE COURT:

        A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.